UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SUTHA TAYLOR

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20      -CR- 673(   ) (   )

Defendant ___SUTHA TAYLOR_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X__ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X__    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


___S. Taylor_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___SUTHA  TAYLOR_____
Print Defendant's Name


___John Burke_____
Defendant's Counsel's Signature

___John Burke_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_01/05/2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge