UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

-against-

20    -CR-673( )( )

Sutha Taylor

Defendant(s).

\----------------------------------------------------------------X

Defendant **Sutha Taylor** _____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or X teleconferencing:

____    Initial Appearance Before a Judicial Officer

____    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

____    Bail/Detention Hearing

X
\_\_\_\_    Conference Before a Judicial Officer


*Sutha Taylor (by JB)* _____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*John Burke* _____
Defendant's Counsel's Signature

*Sutha Taylor* _____
Print Defendant's Name

*John Burke* _____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

3/30/2021 _____
Date

_____
U.S. District Judge/U.S. Magistrate Judge