UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                :
                                                        :
        -v-                                             :
                                                        :    20 Cr. 673 (JPC),
SUTHA TAYLOR,                                           :    22 Civ. 10628 (JPC)
                                                        :
                Defendant.                              :    ORDER
                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Sutha Taylor filed a motion under 28 U.S.C. § 2255, seeking to vacate, set aside, or correct his sentence on the basis of ineffective assistance of counsel on December 12, 2022. Dkt. 101.  Because Taylor's attorney's testimony was necessary for the Government to respond to the motion, on February 23, 2023, the Court ordered Taylor to execute and return an attorney-client privilege waiver by April 24, 2023 and notified him that failure to do so would result in the denial of his motion.  Dkt. 104.  Taylor has not returned the waiver.  The Court will grant Taylor an extension of time *sua sponte*.  If Taylor has not returned the waiver by June 2, 2023, the Court will deny his motion.

      SO ORDERED.

Dated: May 19, 2023
       New York, New York

                                           JOHN P. CRONAN
                                           United States District Judge